IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) FRANCES LEE BRINK,           ) | |
| ) | |
| Plaintiff,           ) | |
| v.           ) | |
| ) | CIVIL ACTION NO. |
| 1) THE LINCOLN NATIONAL LIFE           ) | C1V-13-1234-R |
| INSURANCE COMPANY,           ) | |
| ) | |
| Defendant.           ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, it is hereby stipulated, by and between Plaintiff Frances Lee Brink and Defendant The Lincoln National Life Insurance Company, by and through their respective counsel of record, that the Court may make and enter its Order dismissing all claims against the Defendant with prejudice, each party to bear its own costs and fees.

Dated this 17th day of June, 2014.

*s/Tye H. Smith*
*(Signed by Jason Walters with permission of Tye H. Smith)*
Tye H. Smith
Carr & Carr
1350 S.W. 89th Street
Oklahoma City, OK  73159

*Attorney for Plaintiff Frances Lee Brink*

1

*s/Jason A. Walters*
Jason A. Walters (*pro hac vice*)
jwalters@babc.com
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119

C. William Threlkeld, OBA 9005
cwthrelkeld@fentonlaw.com
FENTON, FENTON, SMITH, RENEAU & MOON
211 North Robinson, Suite 800 N
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-4671
Facsimile:  (405) 235-5247

*Attorneys for The Lincoln National Life Insurance Company*

1/2632021.1